UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. MJ 09-586 |
| Plaintiff, ) | |
| v. ) | DETENTION ORDER |
| ALEXANDER NAUJOKS, ) | |
| Defendant. ) | |

<u>Offense charged</u>: Mail Fraud; Wire Fraud; Money Laundering; Bankruptcy Fraud; False Declarations Before the Court; Criminal Contempt

<u>Date of Detention Hearing</u>: December 4, 2009

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

### FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant is charged by indictment in the Central District of California, Case No. CR04-1412 with the above-listed offenses. He has waived his right to an identity hearing and an order of transfer has been signed. Defendant has stipulated to entry of a temporary detention

DETENTION ORDER 15.13
18 U.S.C. § 3142(i) Rev. 1/91
PAGE 1

order, pending consideration in the charging District.

    (2)    There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

    (1)    Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

    (2)    Defendant shall be afforded reasonable opportunity for private consultation with counsel;

    (3)    On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

    (4)    The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 4th day of December, 2009.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge